# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY CULLORS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　　　Defendants. | Case No. CV 10-5758-GHK (JEM)<br><br>ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDER |

　　　　On August 10, 2010, Rodney Cullors ("Plaintiff") filed a civil rights complaint pursuant to 42 U.S.C. § 1983 ("Complaint"). On August 25, 2010, the Court issued an Order, *inter alia*, directing the United States Marshal ("Marshal") to serve the Complaint and requiring Plaintiff to file on or before September 9, 2010, (1) a Notice of Submission indicating that the required USM-285 forms and copies of his Complaint had been submitted to the Marshal, and (2) copies of the USM-285 forms that were submitted to the Marshal. To date, Plaintiff has not filed a Notice of Submission or the required USM-285 forms.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff SHOW CAUSE why this action should not be dismissed for failure to prosecute and failure to comply with the Court's August 25, 2010, Order, which required him to file the Notice of Submission and copies of the USM-285 forms no later than September 9, 2010. Plaintiff shall respond to this Order to Show Cause **in writing** on or before **June 14, 2011.**

In responding, Plaintiff must: (1) file the Notice of Submission, indicating that all required documents have been submitted to the Marshal, and copies of the USM-285 forms that were submitted; or (2) explain why he has failed to do so.

Plaintiff is advised that failure to respond to this Order to Show Cause as directed will result in the Court recommending that the case be dismissed for failure to prosecute and failure to comply with a court order.

DATED: May 17, 2011

                 */s/-John E. McDermott*
                 JOHN E. MCDERMOTT
             UNITED STATES MAGISTRATE JUDGE