# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY CULLORS,<br><br>  Plaintiff,<br><br> v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>  Defendants. | Case No. CV 10-5758-GHK (JEM)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed Objections to the Report and Recommendation. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: 7/22/11

GEORGE H. KING
UNITED STATES DISTRICT JUDGE