# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY CULLORS,<br><br>               Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>               Defendants. | Case No. CV 10-5758-GHK (JEM)<br><br>**JUDGMENT** |

    In accordance with the Order Adopting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED:   7/22/11

                                            GEORGE H. KING
                               UNITED STATES DISTRICT JUDGE